27777, 27778. McDANIEL *v.* RICHARDS.

MacINTYRE, J. This case is controlled by the decision in the companion case of *McDaniel* v. *Brown*, ante, 243.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED DECEMBER 5, 1939.

*J. H. Paschall, R. F. Chance,* for plaintiff in error.
*Y. A. Henderson,* contra.